IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: LAWRENCE S & SUSAN B LIBMAN | ) |
| | ) |
| Federal National Mortgage Association | ) |
| C/O Seterus as successor in interest | ) |
| to Aurora, | ) |
|         Creditor, | ) |
| | ) |
|     vs. | ) CASE NO. 08B16969 |
| | ) JUDGE A. Benjamin Goldgar |
| LAWRENCE S & SUSAN B LIBMAN, | ) |
|         Debtor | ) |

## **RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Federal National Mortgage Association C/O Seterus as successor in interest to Aurora, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the September 2013 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of August 27, 2013:

The loan is current, due for September 1, 2013

| | |
|---|---|
| 12/16/2010 | $84.71 |
| 2/16/2011 | $84.71 |
| 3/16/2011 | $84.71 |
| 4/18/2011 | $84.71 |
| 5/16/2011 | $84.71 |
| 6/16/2011 | $84.71 |
| 7/18/2011 | $84.71 |
| 8/16/2011 | $84.71 |
| 9/16/2011 | $84.71 |
| 10/17/2011 | $81.44 |
| 11/16/2011 | $81.44 |
| Total | $925.27 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within twenty one days of this notice Federal National Mortgage Association C/O Seterus as successor in interest to Aurora rights to collect these amounts will be unaffected.

Respectfully Submitted,
Federal National Mortgage
Association C/O Seterus as
successor in interest to Aurora


/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: LAWRENCE S & SUSAN B LIBMAN | ) |
| | ) |
| Federal National Mortgage Association | ) |
| C/O Seterus as successor in interest | ) |
| to Aurora,            Creditor, | ) |
| | ) |
| | ) |
| vs. | ) CASE NO. 08B16969 |
| | ) JUDGE A. Benjamin Goldgar |
| LAWRENCE S & SUSAN B LIBMAN, | ) |
| Debtor | ) |

## CERTIFICATE OF SERVICE

        I, the undersigned Attorney, Certify that a copy of this Response was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on August 28, 2013, with proper postage prepaid.


                              /s/Yanick Polycarpe
                              Yanick Polycarpe
                              ARDC#6237892



**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT**      Pierce and Associates,
**TO COLLECT A DEBT AND ANY**            1 North Dearborn
**INFORMATION OBTAINED WILL BE USED**     13th Floor
**FOR THAT PURPOSE\*\*\***                   Chicago, IL 60602

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice though ECF**


To Debtor:
LAWRENCE S & SUSAN B LIBMAN
1212 Larraway Drive
Buffalo Grove, IL 60089
**by U.S. Mail**



To Attorney:
Paul M. Bach
P.O. Box 1285
Northbrook, IL 60065
**by Electronic Notice though ECF**



PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North DearbornSuite 1300
Chicago, Illinois 60602
(312) 346-9088



PA09-6397